1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cv-01441 LJO GSA |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| v. | ) | RECOMMENDATIONS |
| | ) | |
| KENT A. TACKETT, | ) | (Document 9) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

16      On December 8, 2008, the Magistrate Judge issued Findings and Recommendations that

17   Petitioner's petition to enforce the IRS summons be granted and that Respondent be ordered to

18   appear in obedience to the summons on February 6, 2009, at 10:00 a.m. at the IRS Office located

19   at 4825 Coffee Road, Bakersfield, California.  These Findings and Recommendations were

20   served on all parties and contained notice that any objections to the Findings and

21   Recommendations were to be filed within fifteen (15) court days of the date of service of the

22   order.  More than fifteen court days have passed and no objections have been filed.

23      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

24   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

25   Findings and Recommendations are supported by the record and proper analysis.

26      Accordingly, IT IS HEREBY ORDERED that:

27   1.      The Findings and Recommendations issued December 8, 2008, are ADOPTED IN

28           FULL;

1

2.      The petition to enforce the IRS summons filed by Petitioner is GRANTED; and

3.      Respondent is ORDERED to appear in obedience to the summons on February 6,

2009, at 10:00 a.m. at the IRS Office located at 4825 Coffee Road, Bakersfield,

California.

IT IS SO ORDERED.

**Dated:    January 12, 2009**                          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

2