LAWRENCE G. BROWN
United States Attorney
Eastern District of California

AARON M. BAILEY
Trial Attorney, Tax Division
United States Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C.  20044-3164
Telephone: (202) 616-3164
E-mail: Aaron.M.Bailey@usdoj.gov

Attorneys for Petitioner,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KENT A. TACKETT,<br><br>　　　　　　Respondent. | Case No.: 1:08-CV-01441 LJO-GSA<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

　　　The Court having reviewed Petitioner's Notice of No Further Action advising that Respondent has complied with the IRS administrative summonses, and good cause appearing,

　　　IT IS HEREBY ORDERED that this case be dismissed and closed in its entirety.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:     August 10, 2009**              　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

**ORDER DISMISSING CASE AND CLOSING FILE**